UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TODD JOSEPH LASCOLA, Petitioner,

v.

UNITED STATES OF AMERICA, Respondent.

C.A. No. 03-370 ML
(Re CR No. 00-0133ML)

**SUPPLEMENTAL MEMORANDUM OF LAW OF PETITIONER TO MOTION TO MODIFY RESTITUTION ORDER PURSUANT TO 18 U.S.C. § 3664(J)(2(A) and (B)**

NOW HERE comes Todd LaScola, Petitioner Pro Sè, who in support of his Motion to Modify Restitution Order filed on August 26, 2005, files this Supplemental Memorandum of Law.

On January 9, 2006, Allen M. Shine, Esq., Temporary and Permanent Receiver in *Securities Investor Protection Corporation v. LaScola, CPI Investment Management, Inc. and CPA Advisors Network, Inc.*, C.A. No. 98-610, in the United States District Court for the District of Rhode Island filed the Receiver's First and Final Report (attached hereto as Exhibit A).

As stated in this Report on page 4, "the Receiver was ultimately the recipient of disbursements totaling approximately six-hundred nine thousand dollars ($609,000.00) from the CPA bankruptcy estate." The remaining "victims" not paid by CPA' s bankruptcy trustee, have now been satisfied. As this court will see on page 6 of the attached, the Receiver, after conferring with the SEC, determined that the remaining $26,273.00 was to be sent to the movant's personal bankruptcy trustee for distribution to other creditors. It is clear that no such distribution would have been made without full satisfaction of the CPA and CPI clients.

Therefore, discharge of the restitution order is appropriate.

Respectfully submitted this 16th day of February, 2006.

Todd Joseph LaScola
#04952-070
FCC Coleman LOW
P.O. Box 1031
Coleman, FL 33521

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February 2006, I caused to be served via first class mail, postage prepaid, a copy of the within Supplemental Memorandum of Law in Support of Motion to Modify Restitution Order Pursuant to 18 U.S.C. § 3664(J)(2(A) and (B) to:

Terrence P. Donnelly, Esq.
Donald Lockhart, Esq.
Assistant United States Attorneys
Office of the United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Todd J. LaScola